# EXHIBIT A

| Does | IP Address | Title | HitDateUTC | Filehash | ISP |
|---|---|---|---|---|---|
| 1 | 67.190.230.37 | Blumpkin Blowjobs | 6/24/11 01:12:24 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 2 | 98.193.107.140 | Blumpkin Blowjobs | 6/24/11 01:24:32 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 3 | 76.25.109.234 | Blumpkin Blowjobs | 6/24/11 02:13:21 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 4 | 98.234.75.37 | Blumpkin Blowjobs | 6/24/11 06:24:52 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 5 | 98.211.169.223 | Blumpkin Blowjobs | 6/24/11 06:59:36 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 6 | 24.98.162.157 | Blumpkin Blowjobs | 6/24/11 08:29:42 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 7 | 98.234.93.79 | Blumpkin Blowjobs | 6/24/11 08:57:22 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 8 | 68.32.160.34 | Blumpkin Blowjobs | 6/24/11 09:03:12 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 9 | 67.181.114.152 | Blumpkin Blowjobs | 6/25/11 03:55:19 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 10 | 71.195.207.134 | Blumpkin Blowjobs | 6/25/11 03:59:52 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 11 | 75.72.218.125 | Blumpkin Blowjobs | 6/25/11 04:13:37 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 12 | 68.37.222.30 | Blumpkin Blowjobs | 6/25/11 05:13:28 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 13 | 174.48.145.12 | Blumpkin Blowjobs | 6/25/11 05:25:20 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 14 | 174.51.112.6 | Blumpkin Blowjobs | 6/25/11 07:47:07 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 15 | 76.29.250.97 | Blumpkin Blowjobs | 6/25/11 02:01:40 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 16 | 67.189.201.138 | Blumpkin Blowjobs | 6/25/11 02:11:40 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 17 | 69.251.34.80 | Blumpkin Blowjobs | 6/25/11 05:03:14 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 18 | 24.6.26.5 | Blumpkin Blowjobs | 6/25/11 06:22:19 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 19 | 69.141.108.42 | Blumpkin Blowjobs | 6/25/11 07:14:05 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 20 | 98.246.136.218 | Blumpkin Blowjobs | 6/25/11 07:41:21 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 21 | 24.7.169.105 | Blumpkin Blowjobs | 6/25/11 07:59:26 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 22 | 98.203.227.185 | Blumpkin Blowjobs | 6/26/11 12:19:38 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 23 | 76.29.156.82 | Blumpkin Blowjobs | 6/26/11 12:59:26 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 24 | 98.250.91.156 | Blumpkin Blowjobs | 6/26/11 01:31:18 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 25 | 69.249.44.129 | Blumpkin Blowjobs | 6/26/11 02:43:51 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 26 | 68.61.240.203 | Blumpkin Blowjobs | 6/26/11 04:04:08 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 27 | 68.33.212.90 | Blumpkin Blowjobs | 6/26/11 06:21:06 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 28 | 68.59.154.140 | Blumpkin Blowjobs | 6/26/11 08:25:12 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 29 | 76.16.247.56 | Blumpkin Blowjobs | 6/26/11 08:36:41 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 30 | 174.63.117.25 | Blumpkin Blowjobs | 6/26/11 10:32:04 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 31 | 76.23.2.109 | Blumpkin Blowjobs | 6/26/11 10:56:44 AM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 32 | 24.23.9.195 | Blumpkin Blowjobs | 6/26/11 01:50:30 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 33 | 24.34.98.84 | Blumpkin Blowjobs | 6/26/11 01:59:17 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 34 | 24.16.233.134 | Blumpkin Blowjobs | 6/26/11 04:45:07 PM | BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| 35 | 69.181.155.81 | Blumpkin Blowjobs | 6/26/11 09:00:19 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
|----|---------------|-------------------|-----------------------------------------------------------|---------------|
| 36 | 71.61.73.123 | Blumpkin Blowjobs | 6/26/11 10:20:54 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 37 | 76.118.206.68 | Blumpkin Blowjobs | 6/26/11 11:46:17 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 38 | 24.9.19.235 | Blumpkin Blowjobs | 6/27/11 12:04:20 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 39 | 98.193.26.213 | Blumpkin Blowjobs | 6/27/11 01:03:51 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 40 | 67.191.152.164 | Blumpkin Blowjobs | 6/27/11 10:17:23 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 41 | 69.137.117.134 | Blumpkin Blowjobs | 6/27/11 10:24:52 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 42 | 76.107.143.195 | Blumpkin Blowjobs | 6/27/11 04:02:59 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 43 | 76.27.230.20 | Blumpkin Blowjobs | 6/27/11 05:09:29 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 44 | 68.51.138.146 | Blumpkin Blowjobs | 6/28/11 12:07:21 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 45 | 98.200.224.60 | Blumpkin Blowjobs | 6/28/11 12:12:56 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 46 | 67.185.161.227 | Blumpkin Blowjobs | 6/28/11 12:17:48 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 47 | 67.174.26.66 | Blumpkin Blowjobs | 6/28/11 12:35:56 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 48 | 67.165.183.182 | Blumpkin Blowjobs | 6/28/11 02:09:34 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 49 | 24.1.58.9 | Blumpkin Blowjobs | 6/28/11 03:09:06 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 50 | 67.167.194.210 | Blumpkin Blowjobs | 6/28/11 04:58:21 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 51 | 76.105.65.228 | Blumpkin Blowjobs | 6/28/11 08:18:16 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 52 | 71.239.222.223 | Blumpkin Blowjobs | 6/29/11 12:08:40 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 53 | 67.182.116.113 | Blumpkin Blowjobs | 6/29/11 12:08:42 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 54 | 98.201.45.82 | Blumpkin Blowjobs | 6/29/11 12:40:43 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 55 | 67.163.14.82 | Blumpkin Blowjobs | 6/29/11 12:44:16 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 56 | 24.8.234.130 | Blumpkin Blowjobs | 6/29/11 01:12:14 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 57 | 68.37.151.120 | Blumpkin Blowjobs | 6/29/11 01:16:43 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 58 | 76.97.243.123 | Blumpkin Blowjobs | 6/29/11 01:44:03 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 59 | 68.62.114.112 | Blumpkin Blowjobs | 6/29/11 02:17:42 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 60 | 24.14.249.25 | Blumpkin Blowjobs | 6/29/11 05:12:15 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 61 | 98.240.162.224 | Blumpkin Blowjobs | 6/29/11 06:05:33 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 62 | 24.130.60.158 | Blumpkin Blowjobs | 6/29/11 06:07:09 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 63 | 24.11.129.157 | Blumpkin Blowjobs | 6/29/11 06:07:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 64 | 98.202.157.138 | Blumpkin Blowjobs | 6/29/11 06:11:16 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 65 | 71.231.77.72 | Blumpkin Blowjobs | 6/29/11 12:52:35 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 66 | 98.213.203.23 | Blumpkin Blowjobs | 6/29/11 04:08:19 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 67 | 76.25.39.17 | Blumpkin Blowjobs | 6/29/11 05:22:16 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 68 | 69.142.141.163 | Blumpkin Blowjobs | 6/29/11 08:27:36 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 69 | 76.31.236.152 | Blumpkin Blowjobs | 6/29/11 08:38:19 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| 70 | 71.227.211.230 | Blumpkin Blowjobs | 6/29/11 08:56:55 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 71 | 75.64.144.109 | Blumpkin Blowjobs | 6/29/11 10:55:27 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 72 | 98.204.1.86 | Blumpkin Blowjobs | 6/29/11 11:08:02 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 73 | 76.24.197.66 | Blumpkin Blowjobs | 6/30/11 01:34:26 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 74 | 98.217.105.65 | Blumpkin Blowjobs | 6/30/11 02:47:14 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 75 | 76.25.169.228 | Blumpkin Blowjobs | 6/30/11 07:59:28 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 76 | 24.17.218.117 | Blumpkin Blowjobs | 6/30/11 08:01:06 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 77 | 98.232.105.57 | Blumpkin Blowjobs | 6/30/11 09:28:25 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 78 | 76.109.141.253 | Blumpkin Blowjobs | 6/30/11 12:18:37 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 79 | 76.119.140.177 | Blumpkin Blowjobs | 7/1/11 01:29:44 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 80 | 98.246.53.172 | Blumpkin Blowjobs | 7/1/11 07:02:07 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 81 | 67.183.110.45 | Blumpkin Blowjobs | 7/1/11 03:34:34 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 82 | 71.237.151.228 | Blumpkin Blowjobs | 7/1/11 04:58:50 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 83 | 67.177.112.187 | Blumpkin Blowjobs | 7/1/11 09:56:48 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 84 | 76.124.141.40 | Blumpkin Blowjobs | 7/2/11 02:47:18 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 85 | 98.209.24.64 | Blumpkin Blowjobs | 7/2/11 04:37:57 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 86 | 76.114.2.203 | Blumpkin Blowjobs | 7/2/11 05:59:39 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 87 | 71.63.150.217 | Blumpkin Blowjobs | 7/2/11 06:06:09 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 88 | 174.52.176.14 | Blumpkin Blowjobs | 7/2/11 06:08:09 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 89 | 24.147.177.123 | Blumpkin Blowjobs | 7/2/11 10:00:15 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 90 | 76.104.142.254 | Blumpkin Blowjobs | 7/2/11 11:16:09 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 91 | 69.246.73.110 | Blumpkin Blowjobs | 7/2/11 11:45:00 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 92 | 67.186.92.232 | Blumpkin Blowjobs | 7/3/11 01:38:43 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 93 | 24.17.168.63 | Blumpkin Blowjobs | 7/3/11 03:37:49 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 94 | 24.125.233.41 | Blumpkin Blowjobs | 7/3/11 10:10:29 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 95 | 69.248.243.58 | Blumpkin Blowjobs | 7/3/11 01:48:23 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 96 | 68.81.152.85 | Blumpkin Blowjobs | 7/3/11 05:34:55 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 97 | 98.211.227.42 | Blumpkin Blowjobs | 7/3/11 09:43:04 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 98 | 76.28.88.152 | Blumpkin Blowjobs | 7/4/11 01:33:41 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 99 | 71.206.196.18 | Blumpkin Blowjobs | 7/4/11 05:03:37 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 100 | 71.198.106.21 | Blumpkin Blowjobs | 7/4/11 07:46:54 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 101 | 71.196.187.51 | Blumpkin Blowjobs | 7/4/11 10:11:50 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 102 | 98.195.75.189 | Blumpkin Blowjobs | 7/4/11 11:56:32 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 103 | 174.49.227.75 | Blumpkin Blowjobs | 7/5/11 12:15:32 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 104 | 76.116.88.148 | Blumpkin Blowjobs | 7/5/11 01:34:42 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| 105 67.165.153.61 | Blumpkin Blowjobs | 7/5/11 02:17:30 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
|---|---|---|---|
| 106 24.13.27.145 | Blumpkin Blowjobs | 7/5/11 02:51:41 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 107 67.162.196.149 | Blumpkin Blowjobs | 7/5/11 05:37:29 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 108 76.17.243.30 | Blumpkin Blowjobs | 7/12/11 07:53:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 109 98.239.96.66 | Blumpkin Blowjobs | 7/12/11 07:54:54 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 110 76.18.254.200 | Blumpkin Blowjobs | 7/12/11 11:51:39 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 111 71.194.23.114 | Blumpkin Blowjobs | 7/13/11 06:19:39 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 112 98.194.239.104 | Blumpkin Blowjobs | 7/13/11 01:33:29 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 113 69.244.168.138 | Blumpkin Blowjobs | 7/13/11 03:16:52 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 114 68.32.84.179 | Blumpkin Blowjobs | 7/13/11 11:19:06 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 115 67.170.188.4 | Blumpkin Blowjobs | 7/14/11 02:15:23 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 116 174.58.192.139 | Blumpkin Blowjobs | 7/14/11 02:18:03 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 117 98.196.64.4 | Blumpkin Blowjobs | 7/14/11 06:46:59 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 118 71.238.140.80 | Blumpkin Blowjobs | 7/14/11 02:06:49 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 119 69.141.170.132 | Blumpkin Blowjobs | 7/14/11 04:33:26 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 120 68.49.199.34 | Blumpkin Blowjobs | 7/15/11 04:22:33 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 121 71.202.144.154 | Blumpkin Blowjobs | 7/15/11 05:24:20 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 122 24.4.132.166 | Blumpkin Blowjobs | 7/16/11 01:00:19 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 123 24.13.207.121 | Blumpkin Blowjobs | 7/16/11 01:28:10 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 124 24.11.184.160 | Blumpkin Blowjobs | 7/16/11 04:34:37 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 125 67.182.34.232 | Blumpkin Blowjobs | 7/16/11 11:14:00 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 126 76.103.227.15 | Blumpkin Blowjobs | 7/17/11 01:05:31 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 127 98.224.83.180 | Blumpkin Blowjobs | 7/17/11 01:07:19 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 128 24.60.58.234 | Blumpkin Blowjobs | 7/17/11 08:56:10 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 129 98.215.109.10 | Blumpkin Blowjobs | 7/18/11 12:00:56 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 130 67.170.41.165 | Blumpkin Blowjobs | 7/18/11 07:07:07 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 131 68.46.94.122 | Blumpkin Blowjobs | 7/18/11 07:50:58 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 132 98.213.76.202 | Blumpkin Blowjobs | 7/18/11 10:45:46 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 133 98.227.94.32 | Blumpkin Blowjobs | 7/18/11 03:59:24 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 134 66.30.220.242 | Blumpkin Blowjobs | 7/18/11 11:26:29 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 135 98.194.140.244 | Blumpkin Blowjobs | 7/19/11 04:27:29 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 136 71.236.218.222 | Blumpkin Blowjobs | 7/19/11 03:14:59 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 137 24.130.151.42 | Blumpkin Blowjobs | 7/19/11 05:13:48 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 138 69.249.28.214 | Blumpkin Blowjobs | 7/20/11 12:58:52 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 139 69.245.36.159 | Blumpkin Blowjobs | 7/20/11 04:02:30 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| 140 | 75.71.244.228 | Blumpkin Blowjobs | 7/20/11 07:54:35 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 141 | 76.127.106.204 | Blumpkin Blowjobs | 7/20/11 02:37:02 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 142 | 24.129.72.82 | Blumpkin Blowjobs | 7/20/11 08:33:43 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 143 | 68.81.140.170 | Blumpkin Blowjobs | 7/20/11 10:00:30 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 144 | 71.57.28.226 | Blumpkin Blowjobs | 7/20/11 10:40:26 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 145 | 24.10.50.121 | Blumpkin Blowjobs | 7/21/11 01:41:40 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 146 | 67.171.194.156 | Blumpkin Blowjobs | 7/21/11 02:04:59 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 147 | 76.30.25.151 | Blumpkin Blowjobs | 7/21/11 04:49:21 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 148 | 71.199.117.59 | Blumpkin Blowjobs | 7/21/11 06:42:41 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 149 | 67.191.125.19 | Blumpkin Blowjobs | 7/22/11 01:44:20 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 150 | 76.109.22.239 | Blumpkin Blowjobs | 7/22/11 06:41:49 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 151 | 98.253.195.75 | Blumpkin Blowjobs | 7/22/11 10:07:13 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 152 | 68.40.242.205 | Blumpkin Blowjobs | 7/22/11 01:19:37 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 153 | 98.206.111.57 | Blumpkin Blowjobs | 7/22/11 08:49:13 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 154 | 69.249.200.109 | Blumpkin Blowjobs | 7/24/11 05:58:24 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 155 | 98.227.45.17 | Blumpkin Blowjobs | 7/24/11 08:16:02 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 156 | 24.127.68.110 | Blumpkin Blowjobs | 7/24/11 09:13:51 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 157 | 98.233.147.57 | Blumpkin Blowjobs | 7/24/11 09:39:37 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 158 | 98.253.217.193 | Blumpkin Blowjobs | 7/25/11 12:41:18 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 159 | 71.207.173.171 | Blumpkin Blowjobs | 7/25/11 02:28:11 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 160 | 98.247.100.232 | Blumpkin Blowjobs | 7/25/11 03:42:49 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 161 | 67.162.127.95 | Blumpkin Blowjobs | 7/25/11 10:52:53 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 162 | 76.28.17.232 | Blumpkin Blowjobs | 7/25/11 06:33:14 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 163 | 69.141.7.174 | Blumpkin Blowjobs | 7/26/11 12:27:40 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 164 | 68.61.245.239 | Blumpkin Blowjobs | 7/26/11 03:51:26 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 165 | 24.2.67.122 | Blumpkin Blowjobs | 7/26/11 05:39:45 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 166 | 174.49.226.8 | Blumpkin Blowjobs | 7/26/11 06:39:41 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 167 | 98.252.136.104 | Blumpkin Blowjobs | 7/26/11 08:15:30 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 168 | 98.224.157.175 | Blumpkin Blowjobs | 7/26/11 08:39:59 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 169 | 68.48.174.25 | Blumpkin Blowjobs | 7/27/11 04:53:26 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 170 | 68.60.12.102 | Blumpkin Blowjobs | 7/27/11 10:27:23 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 171 | 76.23.104.101 | Blumpkin Blowjobs | 7/27/11 10:54:36 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 172 | 75.70.72.200 | Blumpkin Blowjobs | 7/27/11 02:10:48 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 173 | 24.91.132.250 | Blumpkin Blowjobs | 7/28/11 03:45:03 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 174 | 174.58.131.196 | Blumpkin Blowjobs | 7/28/11 04:17:55 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| | | | |
|---|---|---|---|
| 175 98.231.85.177 | Blumpkin Blowjobs | 7/28/11 06:14:45 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 176 75.66.200.135 | Blumpkin Blowjobs | 7/28/11 06:55:48 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 177 75.65.8.152 | Blumpkin Blowjobs | 7/28/11 12:53:06 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 178 98.253.254.32 | Blumpkin Blowjobs | 7/28/11 11:53:59 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 179 68.46.75.86 | Blumpkin Blowjobs | 7/29/11 01:12:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 180 67.176.146.203 | Blumpkin Blowjobs | 7/29/11 03:23:19 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 181 71.56.12.193 | Blumpkin Blowjobs | 7/29/11 04:27:14 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 182 68.81.77.92 | Blumpkin Blowjobs | 7/29/11 08:27:03 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 183 24.3.231.178 | Blumpkin Blowjobs | 7/29/11 11:51:31 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 184 71.232.221.47 | Blumpkin Blowjobs | 7/30/11 12:41:50 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 185 68.35.238.82 | Blumpkin Blowjobs | 7/30/11 03:37:38 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 186 98.201.99.85 | Blumpkin Blowjobs | 7/30/11 03:51:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 187 71.226.136.208 | Blumpkin Blowjobs | 7/30/11 07:10:44 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 188 24.1.165.64 | Blumpkin Blowjobs | 7/30/11 08:21:42 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 189 98.228.108.31 | Blumpkin Blowjobs | 7/30/11 09:32:46 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 190 76.26.5.38 | Blumpkin Blowjobs | 8/1/11 06:56:08 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 191 98.224.178.111 | Blumpkin Blowjobs | 8/1/11 01:45:45 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 192 71.60.18.199 | Blumpkin Blowjobs | 8/1/11 03:26:11 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 193 67.185.24.216 | Blumpkin Blowjobs | 8/1/11 08:18:19 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 194 98.214.222.252 | Blumpkin Blowjobs | 8/2/11 04:04:31 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 195 98.208.56.51 | Blumpkin Blowjobs | 8/3/11 12:09:09 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 196 71.62.132.234 | Blumpkin Blowjobs | 8/3/11 12:57:27 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 197 76.26.253.231 | Blumpkin Blowjobs | 8/3/11 11:50:51 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 198 67.168.140.66 | Blumpkin Blowjobs | 8/3/11 12:47:41 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 199 75.70.82.88 | Blumpkin Blowjobs | 8/3/11 11:21:01 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 200 98.243.35.71 | Blumpkin Blowjobs | 8/4/11 01:54:35 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 201 75.71.82.116 | Blumpkin Blowjobs | 8/4/11 03:33:51 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 202 67.190.1.157 | Blumpkin Blowjobs | 8/4/11 04:55:09 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 203 71.203.189.101 | Blumpkin Blowjobs | 8/5/11 01:40:01 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 204 71.196.211.227 | Blumpkin Blowjobs | 8/5/11 08:45:52 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 205 67.189.14.29 | Blumpkin Blowjobs | 8/5/11 10:24:27 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 206 98.216.94.11 | Blumpkin Blowjobs | 8/6/11 02:30:23 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 207 98.223.213.62 | Blumpkin Blowjobs | 8/6/11 06:32:41 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 208 71.57.234.236 | Blumpkin Blowjobs | 8/6/11 11:12:20 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 209 69.142.100.98 | Blumpkin Blowjobs | 8/7/11 02:18:20 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| | | | | |
|---|---|---|---|---|
| 210 174.48.66.243 | Blumpkin Blowjobs | 8/7/11 02:43:19 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 211 68.51.100.162 | Blumpkin Blowjobs | 8/7/11 11:37:57 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 212 76.31.254.53 | Blumpkin Blowjobs | 8/7/11 02:08:50 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 213 71.61.91.54 | Blumpkin Blowjobs | 8/7/11 08:34:01 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 214 24.23.180.43 | Blumpkin Blowjobs | 8/8/11 06:10:57 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 215 98.234.131.85 | Blumpkin Blowjobs | 8/8/11 06:48:47 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 216 98.219.224.226 | Blumpkin Blowjobs | 8/8/11 03:53:23 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 217 69.143.15.78 | Blumpkin Blowjobs | 8/8/11 07:56:22 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 218 24.131.28.69 | Blumpkin Blowjobs | 8/9/11 04:29:19 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 219 67.187.180.135 | Blumpkin Blowjobs | 8/9/11 10:27:35 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 220 68.50.45.17 | Blumpkin Blowjobs | 8/9/11 11:26:10 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 221 98.196.110.158 | Blumpkin Blowjobs | 8/10/11 02:32:00 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 222 68.61.204.210 | Blumpkin Blowjobs | 8/10/11 06:19:42 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 223 174.63.70.43 | Blumpkin Blowjobs | 8/10/11 07:12:46 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 224 67.168.252.205 | Blumpkin Blowjobs | 8/10/11 10:26:07 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 225 98.214.60.15 | Blumpkin Blowjobs | 8/10/11 10:40:26 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 226 68.58.145.60 | Blumpkin Blowjobs | 8/10/11 01:40:24 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 227 76.105.13.91 | Blumpkin Blowjobs | 8/10/11 04:03:02 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 228 98.198.20.112 | Blumpkin Blowjobs | 8/10/11 05:34:53 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 229 71.192.116.49 | Blumpkin Blowjobs | 8/11/11 12:22:58 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 230 76.29.57.103 | Blumpkin Blowjobs | 8/11/11 01:42:05 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 231 71.197.54.115 | Blumpkin Blowjobs | 8/11/11 03:34:54 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 232 76.26.24.137 | Blumpkin Blowjobs | 8/12/11 11:59:13 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 233 98.214.14.217 | Blumpkin Blowjobs | 8/12/11 02:51:15 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 234 75.65.49.187 | Blumpkin Blowjobs | 8/12/11 03:25:47 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 235 75.71.211.125 | Blumpkin Blowjobs | 8/12/11 05:57:33 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 236 98.243.225.54 | Blumpkin Blowjobs | 8/12/11 09:06:22 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 237 68.51.169.90 | Blumpkin Blowjobs | 8/12/11 10:58:35 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 238 76.21.65.170 | Blumpkin Blowjobs | 8/13/11 03:23:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 239 67.169.223.165 | Blumpkin Blowjobs | 8/13/11 07:01:12 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 240 76.29.41.81 | Blumpkin Blowjobs | 8/13/11 07:54:15 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 241 98.203.133.71 | Blumpkin Blowjobs | 8/13/11 04:19:20 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 242 24.131.172.72 | Blumpkin Blowjobs | 8/14/11 01:51:34 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 243 98.209.149.98 | Blumpkin Blowjobs | 8/14/11 03:13:30 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 244 76.107.186.186 | Blumpkin Blowjobs | 8/14/11 03:35:53 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |

| 245 | 24.7.105.25 | Blumpkin Blowjobs | 8/14/11 05:32:38 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 246 | 68.63.208.251 | Blumpkin Blowjobs | 8/14/11 09:18:25 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 247 | 76.22.112.108 | Blumpkin Blowjobs | 8/14/11 10:36:11 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 248 | 174.58.36.11 | Blumpkin Blowjobs | 8/14/11 10:41:13 PM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 249 | 68.40.226.184 | Blumpkin Blowjobs | 8/15/11 04:35:59 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 250 | 76.29.11.55 | Blumpkin Blowjobs | 8/15/11 05:17:38 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 251 | 98.220.17.160 | Blumpkin Blowjobs | 8/15/11 09:08:04 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |
| 252 | 98.252.236.235 | Blumpkin Blowjobs | 8/15/11 09:22:57 AM BTiH: UEILB2GLNSJVKW63K5OXI3QLLEOXIPI4 | Comcast Cable |