# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001748368
Search Results: Displaying 1 of 1 entries



*Blumpkin Blowjobs.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001748368 / 2011-09-02
        **Application Title:** Blumpkin Blowjobs.
        **Title:** Blumpkin Blowjobs.
        **Description:** Videodisc (DVD)
        **Copyright Claimant:** Celestial, Inc. Address: 23248 Canzonet St., Woodland Hills, CA, 91367, United States.
        **Date of Creation:** 2011
        **Date of Publication:** 2011-06-20
        **Nation of First Publication:** United States
        **Authorship on Application:** Lethal Hardcore, pseud. of Celestial, Inc. (author of pseudonymous work), employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor.
        **Names:** Lethal Hardcore, pseud.
        Celestial, Inc.