FILED

2012 JUL 13 PM 1:24

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Michelle Vlach-Ing, OSB #015063
1313 Mill Street SE, Suite 200
Salem, Oregon 97301
503-581-1240
ming@kite.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| CELESTIAL, INC.,<br>  Plaintiff,<br>v.<br>DOES 1 – 252,<br>  Defendants. | CIVIL NO. 2:12-cv-00082<br><br>**REQUEST FOR DIRECTION FROM COURT REGARDING SETTLEMENT/REMOVE APPEARANCE OF ATTORNEY**<br><br>FRCP 6 (b) |

Defendant John Doe # 82 settled this matter with plaintiff.

On several occasions, Doe #82's counsel requested plaintiff's counsel file a dismissal of Doe #82 in this matter, so Defendant Doe #82's counsel could be removed from the court docket. Plaintiff's counsel will not dismiss Doe #82 from this matter. Defendant's counsel requests direction from the court. There is no need for Defendant's counsel to further appear in this matter and may be removed from the court docket.

Dated July 9, 2012 in Salem, Oregon.

/s/ Michelle Vlach-Ing
Michelle Vlach-Ing
Law Office of Michelle Vlach-Ing
1313 Mill Street SE, Suite 200
Salem, OR 97301
Attorney for Defendant John Doe # 82
michelle@thesalemlawyer.com

## PROOF OF SERVICE

I am counsel for Defendant John Doe No. 82, and I certify under penalty of perjury of the laws of the United States and the State of Florida that on this day I served

**REQUEST FOR DIRECTION FROM COURT REGARDING SETTLEMENT/REMOVE APPEARANCE OF ATTORNEY**

By first class mail and by email to the address and email below.

> Jeffrey W. Weaver
> Javad Khan
> Dunlap Grubb & Weaver, PLLC
> 780 5th Avenue South, Ste. 200
> Naples FL 34102
>
> Email: jweaver@dglegal.com and jkhan@dglegal.com

Executed this 9th day of July, 2012 in Salem, Oregon.

Michelle Vlach-Ing
Law Office of Michelle Vlach Ing
1313 Mill Street SE, Suite 200
Salem, OR 97301
503-581-1240
503-585-0368
Attorney for Defendant John Doe # 82