# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**CELESTIAL, INC. ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  2:12-cv-82-FtM-99DNF**

**JOHN DOES 1-252,**

        **Defendant.**

_____

## ORDER TO SHOW CAUSE

On July 2, 2012, the Court entered an Order allowing attorney Robert S. Smith to appear specially for John Doe No. 206.  In the Order, the Court required Mr. Smith to register for CM/ECF, the Court's electronic filing system within fourteen (14) days from the date of the Order.  The Court cautioned Mr. Smith that if he failed to register, the Court may revoke its permission to allow him to appear.

According to the Clerk's Office, Mr. Smith has failed to register for CM/ECF.  On the Middle District of Florida's website, www.flmd.uscourts.gov, there is a link to register for CM/ECF.  The Court will require Mr. Smith to register for CM/ECF or the Court will revoke its permission to allow him to appear specially for John Doe No. 206.

**IT IS HEREBY ORDERED:**

On or before August 15, 2012, Robert S. Smith shall register for CM/ECF.  If Mr. Smith fails to register for CM/ECF by that date and fails to show good cause for the failure to register, the Court will revoke its permission to allow him to appear specially in this case.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __1st__ day of August, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record