**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CELESTIAL, INC.,**

    **Plaintiff,**

-vs-                 Case No. **2:12-cv-82-FtM-99DNF**

**JOHN DOES 1-252,**

    **Defendant.**

_____

# ORDER

This cause is before the Court on the Order to Show Cause (Doc. 95) entered on August 1, 2012. The Court required attorney Robert S. Smith who represents John Doe No. 206 to register for CM/ECF. According to the Clerk's Office, Mr. Smith has failed to register for CM/ECF. In the Order to Show Cause, the Court cautioned Mr. Smith that if he failed to register for CM/ECF by August 15, 2012, the Court would revoke its permission to allow him to appear specially in this case.

**IT IS HEREBY ORDERED:**

The permission for Robert S. Smith to represent John Doe No. 206 is hereby **REVOKED**. The Clerk shall continue to mail notices to Robert S. Smith because the Court does not have a name or address for John Doe No. 206.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __20th__ day of August, 2012.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record