UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CELESTIAL, INC.,

    Plaintiff,

v.

                                              Case No.: 2:12-cv-82-FTM-99DNF

JOHN DOES 1-252,

    Defendants.
_____/

## **O R D E R**

      This cause comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier, filed on September 10, 2012 (Doc. 100). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant in part and deny in part John Doe #182's Amended Omnibus Motion to Quash, Issue a Protective Order, and/or Sever and Dismiss (Doc. 59) as follows: grant the Motion to Quash Subpoena; deny the Motion for Protective Order, and deny, as premature, the Motion to Sever and Dismiss. The Magistrate Judge further recommends that the Court grant in part and deny in part John Doe #199's Motion for Protective Order, with Motion to Quash and Motion to Dismiss (Doc. 90) as follows: grant the Motion to Quash; deny the Motion for Protective Order; and deny, as premature, the Motion to Dismiss. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's Report were filed by Defendant #199 on September 11, 2012 (Doc. 101) and by Defendant #182 on September 24, 2012 (Doc. 103).

Upon consideration of the Report and Recommendation and Defendants' objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Doc. 100) should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Report and Recommendation of the Magistrate Judge (Doc. 100) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) John Doe #182's Amended Omnibus Motion to Quash, Issue a Protective Order, and/or Sever and Dismiss (Doc. 59) is **GRANTED in part and DENIED in part.** The subpoena is hereby quashed.

(3) John Doe #199's Motion for Protective Order, with Motion to Quash and Motion to Dismiss (Doc. 90) is **GRANTED in part and DENIED in part**. The subpoena is hereby quashed.

**DONE AND ORDERED** at Orlando, Florida, on October 18, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Douglas N. Frazier
Counsel of Record