UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CELESTIAL, INC.,**

      Plaintiff,

v.                          Case No:  2:12-cv-82-FtM-99DNF

**JOHN DOES, JOHN DOE 18, JOHN DOE 78, JOHN DOE 45, JOHN DOE 49, JOHN DOE 74, JOHN DOE 225, et al,**

      **Defendants.**
_____/

# ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Doc. 122).  In accord with the Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 122).

    2)    The claims against Defendant "Doe #30", whose IP Address is 174.63.117.25, are dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate Defendant "Doe #30", as a party to this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 21, 2012.

*[Signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record