UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CELESTIAL, INC.,**

   **Plaintiff,**

**v.**              **Case No:  2:12-cv-82-FtM-99DNF**

**JOHN DOES, JOHN DOE 18, JOHN
DOE 78, JOHN DOE 45, JOHN DOE 49,
JOHN DOE 74, JOHN DOE 225, JOHN
DOE 197, JOHN DOE 185, JOHN DOE
167, JOHN DOE 102, KEN LARSEN,
JOHN DOE 97, DIANE L. DEVIERS,
JOHN DOE 121, JOHN DOE 159, JOHN
DOE 141, JOHN DOE 139, JOHN DOE
182, JOHN DOE 206, JOHN DOE 199,
DOES 1- 252, JOHN DOE 28, JOHN
DOE 25 and JOHN DOE 98,**

   **Defendants.**
_____/

## O R D E R

 Before the Court is the Notice of Voluntary Dismissal of Entire Case Without Prejudice

(Doc. 125).  In accord with the Notice of Voluntary Dismissal of Entire Case Without Prejudice,

it is **ORDERED AND ADJUDGED** as follows:

 1) The Notice of Voluntary Dismissal of Entire Case Without Prejudice is

**APPROVED** (Doc. 125).

 2) This cause is dismissed, without prejudice.

 3) The Clerk is directed to terminate any pending motions and deadlines and

**CLOSE** this case.

**DONE AND ORDERED** in Fort Myers, Florida on January 2, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record